

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00410-CV

IN THE MATTER OF
GUARDIANSHIP OF DOROTHY
LUCK, AN INCAPACITATED
PERSON

----------

FROM PROBATE COURT NO. 1 OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Unopposed Motion To Dismiss Appeal." The motion complies with rule 42.1(a) of the rules of appellate procedure; therefore, we dismiss the appeal as requested by Appellant.  Tex. R. App. P. 42.1(a); 43.2(f).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

---

[1]See Tex. R. App. P. 47.4.

DELIVERED:  March 20, 2014